IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3101 |
| ) | |
| CODY CARTMILL, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Plea Hearing, filing ____, from December 13, 2005, until December 28, 2005, at 1:00 p.m. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's change of plea hearing shall be continued in the above captioned matter to the  28th  day of  December , 2005 at  1 : 00  p.m. before Magistrate Judge Piester. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing the plea hearing. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from December 13, 2005, until the date next set for defendant's plea hearing shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this  9th  day of December, 2005.

BY THE COURT:

The Honorable Richard G. Kopf
United States District Judge