UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
　　　　**Plaintiff**

v.　　　　　　　　　　　　　　　　　Case Number 4:05cr3101-001

　　　　　　　　　　　　　　　　　　USM Number 20129-047

**CODY J. CARTMILL**
　　　　**Defendant**

　　　　　　　　　　　　　　　　　　JOHN C. VANDERSLICE

　　　　　　　　　　　　　　　　　　Defendant's Attorney

_____

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of standard condition #7, special condition #8, standard condition #3, and standard condition #6 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. (Standard Condition #7) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | April 29, 2007 |
| 2. (Special Condition #8) | Pursuant to 18 U.S.C. 3583(d), the defendant shall submit to a drug test within (15) days of supervised release and at least two (2) periodic drug tests thereafter to determine whether the defendant is using a controlled substance. Further the defendant shall submit to such testing as requested by any probation officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances. | May 8, 2007 |

| | | |
|---|---|---|
| 3. (Standard Condition #3) | The defendant shall answer truthfully all inquiries by the probation officer and follow all the instructions of the probation officer. | May 7, 2007 |
| 4. (Standard Condition #6) | The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment. | May 7, 2007 |

Original Offense: Felon in possession of firearm in violation of 18 USC 922(g)(1) and 18 USC 924(a)(2).

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The original petition and allegations 5 through 7 of the amended petition for offender under supervision are dismissed on the motion of the United States.

Following the imposition of sentence, the Court advised the defendant of the right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
August 3, 2007

s/ Richard G. Kopf
United States District Judge

August 8, 2007

Defendant: CODY J. CARTMILL  Page 3 of 4
Case Number: 4:05cr3101-001

## IMPRISONMENT

It is ordered the term of supervised release is revoked. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **twenty-four (24) months with no supervised release to follow**.

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant participate in the 500-hour Intensive Drug Treatment Program and if he is not eligible that he be accorded significant drug treatment otherwise.

2. The Court strongly recommends that the **defendant not be placed at USP-Florence Colorado because of safety concerns.**

3. That defendant be **placed at FCI-Manchester, Kentucky.**

4. That defendant be given **vocational training.**

The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

Defendant: CODY J. CARTMILL  Page 4 of 4
Case Number: 4:05cr3101-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 (PAID) | | |

## FINE

No fine imposed.

## RESTITUTION

No restitution was ordered.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk